968

■ LYNN RAYBURN, an Infant, by Her Guardian ad Litem, GENE RAYBURN, et al., Respondents, v. DAVID McKNIGHT et al., Appellants.— Motion by appellants for a stay of assessment of damages, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 24, 1961. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ EMIL J. SZENDY et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 17, TOWN OF OYSTER BAY, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 15, 1961. Cross motion by appellants for reconsideration of their motion to dispense with the printing of the record, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ TORRINGTON MANUFACTURING Co., Respondent, v. ARTHUR LOCKWOOD et al., Defendants, and CONSOLIDATED IRON & METAL Co., INC., et al., Appellants.— Motion by respondent to dismiss appeal of appellant Consolidated Iron & Metal Co., Inc., denied, on condition that said appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; and on the further condition that the appellant promptly enter the order on the motion for reargument. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 13, 1961. Motions by respondent to dismiss appeals of appellants Supreme Metal Corp., and Stoll Metal Corp., granted on consent; appeals dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ VALLEY STREAM NATIONAL BANK AND TRUST COMPANY, Plaintiff, v. MICHAEL T. ZABATTA, Defendant and Third-Party Plaintiff-Appellant. MURIEL ZABATTA, Third-Party Defendant-Respondent; FROST ELECTRONICS CORP., Third-Party Defendant.— Motion by respondent to dismiss appeal denied. Cross motion by appellant for extension of time to perfect appeal, granted; time extended to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 13, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ GEORGE WILSON et al., Infants, by Their Guardian ad Litem, SIDNEY WILSON, et al., Respondents, v. HATTIE WITHERS et al., Appellants.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 13, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (February 20, 1961)

■ MORTON BRILLIANT, Appellant, v. FIRST NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term, and for other relief, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.